## John H. Erby, Appellant, v. Penn Mutual Life Insurance Company, Appellee.

Gen. No. 42,943.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellee; Edward R. Johnston and Albert E. Jenner, Jr., of counsel. Opinion by Presiding Justice Sullivan. Not to be published in full.

## Watson A. Simmonds, Appellant, v. State Mutual Life Insurance Company, Appellee.

Gen. No. 42,944.

Heard in the second division, first district, this court at the December term, 1943; opinion filed June 15, 1945; released for publication June 27, 1945. David H. Caplow, Sol Andrews and Maurice L. Davis, for appellant; Eckert & Peterson, for appellee; Walter H. Eckert, Tom Leeming and Owen Rall, of counsel. Opinion by Presiding Justice Sullivan. Not to be published in full.